AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
8:52 am May 23 2019
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

information re: Instagram Users elisa.1219, elisa12.19, maria1._9, elisa1, J.mc.23, j2c.3, j_c2123, alyssa._09, m.elisa1219; stored at premises controlled by Facebook

Case No. 1:19mj3157

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2252 | Possession, receipt or distribution of child pornography |
| 18 U.S.C. Section 2423 | Transportation of a minor with intent to engage in criminal sexual activity |
| 18 U.S.C. Section 1470 | Transfer of obscene material to minors |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Casey T. Carty, Special Agent, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 8:33 AM, May 23, 2019

*Judge's signature*

City and state: Cleveland, Ohio

Thomas M. Parker, U.S. Magistrate Judge
*Printed name and title*