## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Instagram username and profile:

- https://instagram.com/elisa.1219
- https://instagram.com/elisa12.19
- https://instagram.com/marial._9
- https://instagram.com/elisal
- https://instagram.com/J.mc.23
- https://instagram.com/j_c2123
- https://instagram.com/j2c.3
- https://instagram.com/alyssa._09
- https://instagram.com/m.elisa1219

that is stored at premises owned, maintained, controlled, or operated by Facebook, Inc., which is headquartered in Menlo Park, California.